UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

       Plaintiff,

v.                                                      Case No:   2:16-cv-220-FtM-38CM

BRIDGE PLAZA FORT MYERS.
LLC,

       Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on the parties' Joint Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice (Doc. #18) filed on June 20, 2016.  Plaintiff and Defendant have reached an agreement to resolve this case by way of a Consent Decree to improve access to persons with disabilities, stipulated to the Court retaining jurisdiction to enforce the terms of the Consent Decree, and to dismiss this case with prejudice.

The Consent Decree provides a one-year deadline for the final property re-inspection by Plaintiff after modifications listed in the Consent Decree have been completed.  The Court finds this one-year deadline to be excessive.  A more reasonable deadline is 120 days, or November 29, 2016.  Therefore, the Court will approve the Consent Decree, except as to the one-year deadline, and dismiss this case with prejudice.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Patricia Kennedy and Defendant Bridge Plaza Fort Myers, LLC's Joint Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice (Doc. #18) is **GRANTED**.

(2) The Consent Decree is **APPROVED**, in part, and the Court will retain jurisdiction over its enforcement **through and including November 29, 2016**.

(3) The Clerk of Court shall enter judgment dismissing this case with prejudice and subject to the terms of the Consent Decree, which shall be attached to the judgment (with exhibits).

(4) The Clerk is further directed to terminate all pending motions and deadlines and to close this file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 2nd day of August, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record